UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) E.D. TENN MAG. NO.: 1:16-mj-136
v. ) CHG DIST. No. 4:14-CR-51-01-HLM
) Northern District of Georgia
PATRICK DODD ) *LEE*

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 22, 2016, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on an arrest warrant and Petition for Action on Conditions of Pretrial Release on which he was released in connection with a Petition for Warrant or Summons for Offender Under Supervision out of the U.S. District Court, Northern District of Georgia. Those present for the hearing included:

(1) AUSA Steve Neff for the USA.
(2) The defendant, Patrick Dodd.
(3) Attorney Benjamin Sharp with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Sharp with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and petition and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the documents.

AUSA Neff moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Northern District of Georgia. The defendant admitted he is the person named in the petition, waived any detention or preliminary hearing in this district, and asked that his hearings and any further proceedings be held in the U.S. District Court, Northern District of Georgia.

It is ORDERED:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the U.S. District Court, Northern District of Georgia as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court,

Northern District of Georgia for a hearing on a date to be determined once defendant is in said district.

ENTER.

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

2